Isabel R. Spiller v. William H. Grosscup.— Motion granted, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Yellow Taxicab Company v. William J. Gaynor, as Mayor of the City of New York, and Others.— Motion granted unless appellant complies with terms stated in order.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry Fox v. Samuel Lindeman.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Emil Jedlicke.  The People of the State of New York v. Giuseppe M. Caspari.  The People of the State of New York v. Charles Nienhaber.  The People of the State of New York v. Frank Frankenberg.— Motions to dismiss appeals granted.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Julius Bodenheim v. The City of New York.— Application granted.  Order signed.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Julius Bodenheim v. The City of New York. — Motion granted.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Simon Heilbrunn v. North British and Mercantile Insurance Company. — Application granted.  Order signed.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Nassau Bank v. Sadie B. Rowe.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry Sauerbrunn v. Hartford Life Insurance Company.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Louis Ettlinger v. Theodore Kruger.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary Conway v. Norcross Brothers.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles F. Seidak v. Foundation Company.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sailors' Snug Harbor v. Thomas Carmody, Attorney-General.— Motion granted; question certified.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Natty Mishkin v. Morris Weisberger.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Artemas H. Holmes v. Henry V. Bell.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Emma G. Everall v. James W. Henning.— Motion denied, with ten dol-